U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**FILED**
**NOVEMBER 7, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6309**

| | |
|---|---|
| In the Matter of | Case Number: |

ROBERT D. LATTAS,
Individually and on behalf of a class,
    Plaintiff,
v.
SPRING RESTAURANT GROUP, d/b/a SPRING

**JUDGE MORAN**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, ROBERT D. LATTAS, Individually and on behalf of a class **J. N.**

| |
|---|
| NAME (Type or print) <br> David M. Jenkins |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David M. Jenkins |
| FIRM <br> Barone & Jenkins, P.C. |
| STREET ADDRESS <br> 635 Butterfield Road, Suite 145 |
| CITY/STATE/ZIP <br> Oakbrook Terrace, IL 60181 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6211230 | 630-472-0037 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐