IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT D. LATTAS,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>SPRING RESTAURANT GROUP,<br>d/b/a SPRING RESTAURANT and/or<br>d/b/a SPRING; SHAWN MCCLAIN;<br>PETER DROHOMYRECKY; and SUE<br>KIM-DROHOMYRECKY,<br><br>Defendants. | Case No. 07 C 6309<br><br>Judge Moran<br><br>Magistrate Judge Schenkier |

**DEFENDANT SPRING GROUP, INC.'S
RULE 7.1 DISCLOSURE STATEMENT**

The undersigned, counsel of record for Defendant Jade, LLC, incorrectly sued as Spring Restaurant Group, d/b/a Spring Restaurant and/or d/b/a Spring (hereinafter "Jade"), an Illinois limited liability corporation, does not have a parent corporation. No publicly held corporation owns 10% or more of Jade's stock.

Dated:   December 7, 2007            Respectfully submitted:

                                     HALL PRANGLE & SCHOONVELD, LLC


                                     s/ Gerald W. Huston
                                     One of the attorneys for Defendant Jade, LLC,
                                     incorrectly sued as Spring Restaurant Group,
                                     d/b/a Spring Restaurant and/or d/b/a Spring

Gerald W. Huston
Camille N. Khodadad
Eric P. Schoonveld
HALL PRANGLE & SCHOONVELD, LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
(312) 345-9600
(312) 345-9608 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT D. LATTAS,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>SPRING RESTAURANT GROUP,<br>d/b/a SPRING RESTAURANT and/or<br>d/b/a SPRING; SHAWN MCCLAIN;<br>PETER DROHOMYRECKY; and SUE<br>KIM-DROHOMYRECKY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07 C 6309<br><br>Judge Moran<br><br>Magistrate Judge Schenkier |

## CERTIFICATE OF SERVICE

To:   Anthony G. Barone / David M. Jenkins, Barone & Jenkins, P.C.
       635 Butterfield Road, Suite 145, Oakbrook Terrace, IL 60181

       Marvin L. Frank / Lawrence D. McCabe, Murray, Frank & Sailer, LLP
       275 Madison Avenue, Suite 801, New York, NY 10016

I, Gerald W. Huston, certify that the foregoing **Defendant's Appearance; Rule 7.1 Disclosure Statement; and Agreed Motion for Extension of Time to File Responsive Pleading** were filed electronically with the Clerk of the Court on December 7, 2007, and that notification and service of such filing to all counsel of record will be accomplished pursuant to the CM/ECF system.

                               s/ Gerald W. Huston

HALL PRANGLE & SCHOONVELD
200 S. Wacker Drive, Suite 3300
Chicago, IL 60606
(312) 345-9600