IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT D. LATTAS,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>SPRING RESTAURANT GROUP,<br>d/b/a SPRING RESTAURANT and/or<br>d/b/a SPRING; SHAWN MCCLAIN;<br>PETER DROHOMYRECKY; and SUE<br>KIM-DROHOMYRECKY,<br><br>Defendants. | Case No. 07 C 6309<br><br>Judge Moran<br><br>Magistrate Judge Schenkier |

**DEFENDANT JADE, LLC's AGREED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendant Jade, LLC, incorrectly sued as Spring Restaurant Group, d/b/a Spring Restaurant and/or d/b/a Spring (hereinafter "Jade"), by and through its attorneys, Hall Prangle & Schoonveld, LLC, respectfully request that this Honorable Court grant Jade's agreed motion seeking an additional sixty (60) days to file its initial responsive pleading to Plaintiff's Complaint. In support thereof, Jade states as follows:

1.  This is a putative class action lawsuit, in which Plaintiff seeks statutory, compensatory, and punitive damages, as well as costs and attorney fees, from the defendants on behalf of himself and a purported class of individuals arising from the defendants' alleged violation of the Fair and Accurate Transactions Act amendment to the Fair Credit Reporting Act, 15 U.S.C.A. § 1681(g).

2.  Plaintiff's Complaint names as defendants several entities and individuals, including Spring Restaurant Group d/b/a Spring Restaurant and/or Spring, Shawn McClain, Peter Drohomyrecky and Sue Kim-Drohomyrecky. Upon information and belief, Plaintiff's

1

Complaint and Summons was served upon an employee of Jade, LLC on or about November 21, 2007.

3. As of this date, Jade and its counsel have not had time to determine whether Plaintiff has obtained proper service upon the defendants, whether any or all of the defendants are properly named, the legal status and relationship of the defendants, nor whether any or all of these defendants may be sued pursuant to the statute asserted. Moreover, Jade and its counsel have not yet had time to investigate the allegations set forth in Plaintiff's Complaint.

4. In light of the nearing holiday season, which Jade and its counsel anticipates will impede their ability to investigate these matters, the defendants respectfully request that this Honorable Court grant them an additional sixty (60) days from the original due date, or until February 11, 2008, to file its initial responsive pleading to Plaintiff's Complaint.

5. Jade's counsel has discussed this request with Plaintiff's counsel and Plaintiff's counsel has courteously agreed to this requested extension.

WHEREFORE, for the reasons set forth above, Defendant Jade respectfully requests that this Honorable Court enter an order granting Jade an additional sixty (60) days from the original due date, or until February 11, 2008, to file its initial responsive pleading to Plaintiff's Complaint.

Dated: December 7, 2007

Respectfully submitted:

HALL PRANGLE & SCHOONVELD, LLC

s/ Gerald W. Huston
One of the attorneys for Defendant Jade, LLC, incorrectly sued as Spring Restaurant Group, d/b/a Spring Restaurant and/or d/b/a Spring

Gerald W. Huston
Camille N. Khodadad
Eric P. Schoonveld
HALL PRANGLE & SCHOONVELD, LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
(312) 345-9600
(312) 345-9608 (facsimile)