IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT D. LATTAS,<br>Individually and on behalf of a class,<br><br>       Plaintiff,<br><br>v.<br><br>SPRING RESTAURANT GROUP,<br>d/b/a SPRING RESTAURANT and/or<br>d/b/a SPRING; SHAWN MCCLAIN;<br>PETER DROHOMYRECKY; and SUE<br>KIM-DROHOMYRECKY,<br><br>       Defendants. | Case No. 07 C 6309<br><br>Judge Moran<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

To:    Anthony G. Barone / David M. Jenkins, Barone & Jenkins, P.C.
         635 Butterfield Road, Suite 145, Oakbrook Terrace, IL 60181

         Marvin L. Frank / Lawrence D. McCabe, Murray, Frank & Sailer, LLP
         275 Madison Avenue, Suite 801, New York, NY 10016

PLEASE TAKE NOTICE, on **Tuesday, December 11, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before The Honorable James B. Moran or any judge sitting in his stead, in courtroom 1843 in the Everett C. McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant **Jade, LLC, incorrectly sued as Spring Restaurant Group, d/b/a Spring Restaurant and/or d/b/a Spring's Agreed Motion for Extension of Time to File Responsive Pleading**, a copy of which is hereby served upon you.

                                              **Jade, LLC, incorrectly sued as Spring Restaurant
                                              Group, d/b/a Spring Restaurant and/or d/b/a Spring**

                                              s/Gerald W. Huston
                                              By:  Gerald W. Huston, one of its attorneys

HALL PRANGLE & SCHOONVELD
200 S. Wacker Drive, Suite 3300
Chicago, IL 60606
(312) 345-9600

CERTIFICATE OF SERVICE

    I, Gerald W. Huston, certify that the foregoing was filed electronically with the Clerk of the Court on December 7, 2007, and that notification and service of such filing to all counsel of record will be accomplished pursuant to the CM/ECF system.

<u>s/ Gerald W. Huston</u>