U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 07 C 6309
Robert D. Lattas, Individually and on behalf of the
class, Plaintiff,
v.
Spring Restaurant Group d/b/a Spring Restaurant and/or
d/b/a Spring; et al. Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jade, LLC, incorrectly sued as Spring Restaurant Group, d/b/a Spring Restaurant and/or d/b/a Spring

| | |
|---|---|
| NAME (Type or print) <br> Eric P. Schoonveld | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Hall Prangle & Schoonveld, LLC | |
| STREET ADDRESS <br> 200 S. Wacker Drive, S-3300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6207720 | TELEPHONE NUMBER <br> 312-345-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT D. LATTAS,<br>Individually and on behalf of a class,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SPRING RESTAURANT GROUP,<br>d/b/a SPRING RESTAURANT and/or<br>d/b/a SPRING; SHAWN MCCLAIN;<br>PETER DROHOMYRECKY; and SUE<br>KIM-DROHOMYRECKY,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case No. 07 C 6309<br>)<br>)　Judge Moran<br>)<br>)　Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

To:　Anthony G. Barone / David M. Jenkins, Barone & Jenkins, P.C.
　　　635 Butterfield Road, Suite 145, Oakbrook Terrace, IL 60181

　　　Marvin L. Frank / Lawrence D. McCabe, Murray, Frank & Sailer, LLP
　　　275 Madison Avenue, Suite 801, New York, NY 10016

I, Eric P. Schoonveld, certify that the foregoing **Defendant's Appearance** was filed electronically with the Clerk of the Court on December 12, 2007, and that notification and service of such filing to all counsel of record will be accomplished pursuant to the CM/ECF system.

　　　　　　　　　　　　　　　s/ Eric P. Schoonveld

HALL PRANGLE & SCHOONVELD
200 S. Wacker Drive, Suite 3300
Chicago, IL 60606
(312) 345-9600

1