IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY NOVEL,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>JADE, LLC; SPRING GROUP,<br>INC. d/b/a SPRING RESTAURANT<br>and/or d/b/a SPRING,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No.   07 C 6309<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To:   Gerald W. Huston
      Hall, Prangle & Schoonveld, LLC
      200 South Wacker Drive, Suite 3300
      Chicago, IL 60606

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 20th day of February, 2008, I caused to be filed *Second Amended Complaint – Class Action*, a copy of which is hereby served upon you.

                                                s/David M. Jenkins
                                                David M. Jenkins

David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, Illinois 60181
(630) 472-0037
Attorney No. 34622

## CERTIFICATE OF SERVICE

I hereby certify on February 20, 2008, a copy of the foregoing **Notice of Filing** and **Second Amended Complaint – Class Action** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U. S. Mail to:

Gerald W. Huston
Hall, Prangle & Schoonveld, LLC
200 South Wacker Drive, Suite 3300
Chicago, IL 60606

_____
Diane B. Novosel

*Signed and Sworn to before me this
20th day of February, 2008.*

_____
Notary Public

DIANE M. TILLOTSON
MY COMMISSION EXPIRES
JANUARY 31 2012

David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, Illinois 60181
(630) 472-0037
Attorney No. 34622