# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6309 | **DATE** | 3/26/2008 |
| **CASE TITLE** | GARY NOVEL vs. SPRING RESTAURANT GROUP | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file additional attorney appearance as to Marvin Frank [18] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|