IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY NOVEL,<br>Individually and on behalf of a class,<br><br>      Plaintiff,<br><br>v.<br><br>JADE, LLC, SPRING GROUP, INC.<br>d/b/a SPRING RESTAURANT and/or<br>d/b/a SPRING,<br><br>      Defendants. | Case No. 07 C 6309<br><br>Judge Moran<br><br>Magistrate Judge Schenkier |

### DEFENDANTS' MOTION TO STAY DISCOVERY

Defendants Jade, LLC, and Spring Group, Inc. d/b/a Spring Restaurant and/or d/b/a Spring (hereinafter "Defendants"), through the undersigned attorneys, Hall Prangle and Schoonveld, LLC, move this Court pursuant to Federal Rule of Civil Procedure 26(c) (hereinafter Rule 26(c)) to stay discovery pending the resolution of Defendants' Motion to Dismiss and in support thereof state as follows:

1.    This is a putative class action lawsuit, in which Plaintiff seeks statutory, compensatory, and punitive damages, as well as costs and attorney fees, from the Defendants on behalf of himself and a purported class of individuals arising from the Defendants' alleged violation of the Fair and Accurate Credit Transactions Act (hereinafter "FACTA") amendment to the Fair Credit Reporting Act, 15 U.S.C.A. § 1681(g).

2.    On March 5, 2008, this honorable Court entered an Order requiring Defendants to file their responsive pleading to Plaintiff's Second Amended Complaint on

or before April 4, 2008. On or about March 10, 2008, Plaintiff caused to be mailed Interrogatories and Requests for the Production of Documents to counsel for Defendants.

3. Pursuant to this Court's Order, on April 4, 2008, Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint and Memorandum in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

4. In the Motion to Dismiss, Defendants seek dismissal of Plaintiff's Complaint on the following grounds: 1) Plaintiff's Complaint does not allege sufficient facts to state a claim to relief for a willful violation of FACTA; and 2) the requirements in Section 1681c(g) of FACTA are sufficiently vague and ambiguous to make Defendants' alleged reading of the statute reasonable, thereby negating the possibility of a willful violation.

5. Federal Rule of Civil Procedure 26(c) authorizes the district court to stay discovery in an action for "good cause." The Court may stay discovery "to protect a party from annoyance, embarrassment, oppression, or undue burden or expenses."

6. In this case, it would be inappropriate to begin the fact discovery process while Defendants' dispositive motion remains pending. Discovery in this action would create an undue burden and expense where Plaintiff's claim can be dismissed based on a review of Plaintiff's Complaint and the applicable law concerning FACTA.

7. Pursuant to Local Rule 37.2, shortly after 4 p.m. on April 3, 2008, Defendants' attorney Gerald Huston spoke via telephone with Plaintiff's Counsel David Jenkins in a good-faith effort to come to an agreement regarding staying discovery while

Defendants' Motion to Dismiss is pending. Mr. Jenkins respectfully declined to agree to stay discovery pending the resolution of Defendants' dispositive motion.

WHEREFORE, Defendants Jade, LLC, and Spring Group, Inc. d/b/a Spring Restaurant and/or d/b/a Spring respectfully request that this Court stay discovery pending the resolution of Defendants' Motion to Dismiss and for such additional relief that this Court deems just and proper.

Dated: April 4, 2008               Respectfully submitted,

**Jade, LLC, and Spring Group, Inc. d/b/a Spring Restaurant and/or d/b/a Spring**

s/Gerald W. Huston
By: Gerald W. Huston, one of its attorneys

Eric P. Schoonveld
Gerald W. Huston
HALL PRANGLE & SCHOONVELD, LLC
200 S. Wacker Drive, Suite 3300
Chicago, IL 60606
(312) 345-9600

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT D. LATTAS, Individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07 C 6309 |
| SPRING RESTAURANT GROUP, d/b/a SPRING RESTAURANT and/or d/b/a SPRING; SHAWN MCCLAIN; PETER DROHOMYRECKY; and SUE KIM-DROHOMYRECKY, | ) ) ) ) ) ) ) | Judge Moran<br><br>Magistrate Judge Schenkier |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

To:   Anthony G. Barone / David M. Jenkins, Barone & Jenkins, P.C.
      635 Butterfield Road, Suite 145, Oakbrook Terrace, IL 60181

      Marvin L. Frank / Lawrence D. McCabe, Murray, Frank & Sailer, LLP
      275 Madison Avenue, Suite 801, New York, NY 10016


I, Gerald W. Huston, certify that the foregoing **Defendants' Motion to Stay Discovery** were filed electronically with the Clerk of the Court on April 4, 2008, and that notification and service of such filing to all counsel of record will be accomplished pursuant to the CM/ECF system.

                              s/ Gerald W. Huston


HALL PRANGLE & SCHOONVELD
200 S. Wacker Drive, Suite 3300
Chicago, IL 60606
(312) 345-9600


1