IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT D. LATTAS, Individually and on behalf of a class, Plaintiff, v. SPRING RESTAURANT GROUP, d/b/a SPRING RESTAURANT and/or d/b/a SPRING; SHAWN MCCLAIN; PETER DROHOMYRECKY; and SUE KIM-DROHOMYRECKY, Defendants. | Case No. 07 C 6309<br><br>Judge Moran<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

To: Anthony G. Barone / David M. Jenkins, Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145, Oakbrook Terrace, IL 60181

Marvin L. Frank / Lawrence D. McCabe, Murray, Frank & Sailer, LLP
275 Madison Avenue, Suite 801, New York, NY 10016

On **April 9th, 2008 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before The Honorable Judge Moran at the U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, Courtroom 1843, Chicago, Illinois, and then and there present the attached **Defendants' Motion to Dismiss** and **Motion to Stay Discovery**, a copy of which is hereby attached and served upon you.

Gerald Huston
HALL PRANGLE & SCHOONVELD
225 W. Washington Street, Suite 2700
Chicago, Illinois 60606
(312) 267-6222

## PROOF OF SERVICE

I, Stephanie A. Snow, a non-attorney, certify that I served this notice via facsimile and U.S. Mail, postage pre-paid, to all attorneys of record on April 4, 2008. I certify that the statements set forth herein are true and correct.

/s Stephanie A. Snow