**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Gary Novel, et al.
                    Plaintiff,

v.                                          Case No.: 1:07−cv−06309
                                            Honorable James B. Moran

Jade, LLC, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

   MINUTE entry before Judge Honorable James B. Moran:Defendants' motion to stay discovery [22] is denied. Status hearing held on 4/9/2008 and continued to 5/28/2008 at 9:15 A.M. Plaintiff's response to defendants' motion to dismiss plaintiff's second amended complaint [23] to be filed by 4/23/2008. Defendants' reply in support of their motion to be filed by 5/5/2008. Defendants' have until 4/30/2008 to respond to Plaintiff's interrogatories and request for production of documents. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.