IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY NOVEL,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>JADE, LLC; SPRING GROUP,<br>INC. d/b/a SPRING RESTAURANT<br>and/or d/b/a SPRING,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   Case No.   07 C 6309<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To: Gerald W. Huston
    Hall, Prangle & Schoonveld, LLC
    200 South Wacker Drive, Suite 3300
    Chicago, IL 60606

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 23rd day of April, 2008, I caused to be filed *Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Second Amended Complaint*, a copy of which is hereby served upon you.

s/David M. Jenkins
David M. Jenkins

David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, Illinois 60181
(630) 472-0037
Attorney No. 34622

## CERTIFICATE OF SERVICE

I hereby certify on April 23, 2008, a copy of the foregoing **Notice of Filing** and **Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Second Amended Complaint** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U. S. Mail to:

Gerald W. Huston
Hall, Prangle & Schoonveld, LLC
200 South Wacker Drive, Suite 3300
Chicago, IL 60606

_____
Diane B. Novosel

*Signed and Sworn to before me this*
*23rd day of April, 2008.*

_____
Notary Public



DIANE M. TILLOTSON
MY COMMISSION EXPIRES
JANUARY 31 2012

David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, Illinois 60181
(630) 472-0037
Attorney No. 34622