IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY NOVEL,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>JADE, LLC, SPRING GROUP, INC.<br>d/b/a SPRING RESTAURANT and/or<br>d/b/a SPRING,<br><br>Defendants. | Case No. 07 C 6309<br><br>Judge Moran<br><br>Magistrate Judge Schenkier |

## Defendants' Rule 26(a)(1) Disclosure

Defendants Jade, LLC, and Spring Group, Inc. d/b/a Spring Restaurant and/or d/b/a Spring (hereinafter "Jade"), by and through their attorneys, Hall Prangle and Schoonveld, LLC, respectfully submits its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

1.   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claim or defenses, unless solely for the impeachment, identifying the subjects of the information:

**ANSWER:**   Peter Drohomyrecky, Sue Drohomyrecky, Shawn McClain, Flecher Harrison, and Josh Jones. These individuals can be reached through counsel. Greg Morrissey also may have knowledge. Jade does not have his telephone number or business address. Mr. Drohomyrecky, Ms. Drohomyrecky and Mr. McClain are believed to possess information relating to Jade's lack of knowledge about the requirements of FACTA and reliance on Jade's POS vendor, Aloha, for compliance with the law. These individuals also are believed to have information about the business operations of Jade. Mr. Morrissey and Mr. Harrison are believed to have information about recordkeeping and documentation of credit card transactions.

Tom Heltmach of Arlington Payment Systems, 1717 S. Prairie, Suite 1306, Chicago, Illinois, 60616, 312-431-0538. Mr. Heltmach is believed to have information about Jade's credit card processing.

Aloha (through its representative and exclusive marketer in Chicago Data-Wave, Inc.), 1440 N. Kingsbury, Chicago, Illinois, 60622, 312-943-6255. Aloha is believed to have knowledge about Jade's credit card processing software and the actions Aloha took to ensure compliance with the law.

Investigation continues.

2. A copy of, or a description by category and location of, all documents, data, compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

**ANSWER:** Jade is in possession of boxes of documents relating to daily transactions and the hard drive for its prior point of sale system. Investigation continues.

3. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials hearing on the nature and extent of injuries suffered:

**ANSWER:** Not applicable.

4. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying out an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

**ANSWER:** Jade will make available for inspection and copying any such document.

Dated: April 30, 2008                              As to Objections only,

HALL PRANGLE & SCHOONVELD, LLC

_/s/_

One of the attorneys for Jade

Gerald W. Huston  
Eric P. Schoonveld  
HALL PRANGLE & SCHOONVELD, LLC  
200 South Wacker Drive, Suite 3300  
Chicago, Illinois 60606  
(312) 345-9600

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARY NOVEL,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>JADE, LLC, SPRING GROUP, INC.<br>d/b/a SPRING RESTAURANT and/or<br>d/b/a SPRING,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07 C 6309<br><br>Judge Moran<br><br>Magistrate Judge Schenkier |

## CERTIFICATE OF SERVICE

To:   Anthony G. Barone / David M. Jenkins, Barone & Jenkins, P.C.
      635 Butterfield Road, Suite 145, Oakbrook Terrace, IL 60181

      Marvin L. Frank / Lawrence D. McCabe, Murray, Frank & Sailer, LLP
      275 Madison Avenue, Suite 801, New York, NY 10016

I, Gerald W. Huston, certify that the foregoing **Defendants' Rule 26(a)(1) Disclosure** was filed electronically with the Clerk of the Court on April 30, 2008, and that notification and service of such filing to all counsel of record will be accomplished pursuant to the CM/ECF system.

                        s/ Gerald W. Huston


HALL PRANGLE & SCHOONVELD, LLC
200 S. Wacker Drive, Suite 3300
Chicago, IL 60606
(312) 345-9600

1